IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RONALD L. SMITH,**<br>　　　　　Petitioner,<br><br>　　　　v.<br><br>**DAVID DIGUGLIELMO,**<br>**THE DISTRICT ATTORNEY OF THE**<br>**COUNTY OF PHILADELPHIA, and**<br>**THE ATTORNEY GENERAL OF THE**<br>**STATE OF PENNSYLVANIA,**<br>　　　　　Respondents. | CIVIL ACTION<br><br><br><br>NO. 06-2918 |

**O R D E R**

**AND NOW**, this 9th day of April, 2018, upon consideration of petitioner Ronald L. Smith's *pro se* Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 (Doc. No. 1, filed on June 3, 2006), petitioner's *pro se* Amended/Supplemental Habeas Corpus Petition (Doc. No. 40, filed on July 7, 2017), and the Government's Supplemental Response to the Petition for Writ of Habeas Corpus (Doc. No 45, filed on December 11, 2017), for the reasons stated in the accompanying Memorandum dated April 9, 2018, **IT IS ORDERED** that *pro se* petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 and Amended/Supplemental Habeas Corpus Petition are **DENIED** and **DISMISSED**.

**IT IS FURTHER ORDERED** that a certificate of appealability will not issue because reasonable jurists would not debate whether the petition states a valid claim of the denial of a constitutional right or the propriety of this Court's procedural rulings with respect to petitioner's claims. *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　**/s/ Hon. Jan E. DuBois**
　　　　　　　　　　　　　　　　　　―――――――――――――――
　　　　　　　　　　　　　　　　　　　**DuBOIS, JAN E., J.**